# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAIMA CHAABANI,<br><br>Defendant. | Case No.: 24-cr-2713-WQH<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTIONS IN LIMINE** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 31), and the deadline for Motions in Limine are extended from March 24, 2025 to April 7, 2025, with responses due on April 14, 2025.

It is further ordered that time be excluded under the Speedy Trial Act in the interests of justice. (See 18 U.S.C. § 3161(h)(1)(D), (7).)

**IT IS SO ORDERED**.

Dated: March 21, 2025

Hon. William Q. Hayes
United States District Court