David J Zugman
Burcham & Zugman
402 West Broadway
Suite 1130
San Diego, CA 92101
619-699-5931
Fax: 619-924-2201
Email: dzugman@gmail.com

Attorney for Chaima Chabaani

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAIMA CHABAANI,<br><br>Defendant. | Criminal No. 24-cr-02713-WQH<br><br>Motion to Withdraw and Replace Docket Entry 64 due to Incorrect Case Citation<br><br>Next Hearing: Motions in Limine<br>Date: May 21, 2025<br>Time: 9:00 a.m.<br>Courtroom: 14B |

To:   Andrew Gordon, United States Attorney, Sabrina L. Feve and Robert J. Miller, Assistant United States Attorneys:

Counsel for the United States pointed out that one of the citation in Chaabani's Motion to Dismiss was wrong. (ECF 64 at 7 "*See United States v. McIntosh*, 655 F.3d 1060, 1064 (9th Cir. 2011) (indictment must provide sufficient detail to ensure fair notice and protect against double jeopardy)"). The principle to which Counsel cited is old and undisputed and Counsel has no idea how that case name got hallucinated into the brief. Counsel does use Artificial Intelligence including LEXIS AI, ChatGPT, and Grok. It appears that in going

between LEXIS AI, which is allegedly foolproof, something got lost in the go between among the AI's. Counsel, however, is the one that bears the burden of the mistake. The principle Counsel was reciting is uncontroversial. Counsel was operating under extreme time pressure due to Counsel's current caseload.[1] Counsel did not follow his ordinary practice of putting all the cites back into LEXIS to check for hallucinations. Counsel apologizes for this mistake and will not repeat it.

Counsel has changed the citation of *McIntosh* to *United States v. Cecil*, 608 F.2d 1294 (9th Cir. 1979). Nothing else in the motion was changed.

Counsel informed the United States of this change by email.

Counsel will send a proposed order to Chambers.

Respectfully submitted,

Dated: 5/13/2025

s/David Zugman<br>DAVID J. ZUGMAN<br>Attorney for Chaabani

---

[1] As the Court is aware, Counsel is being asked to prepare for a trial in less than 2 months for a case that the United States has had for nearly a year. Further, Counsel has had to file a bail appeal. This is in addition to Counsel's already formidable caseload.